UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81066-DMM

HOWARD COHAN,

    Plaintiff,

vs.

CLIQUE 307, LLC,
a Florida Limited Liability Company,
d/b/a LIONFISH

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, CLIQUE 307, LLC, a Florida Limited Liability Company, d/b/a LIONFISH, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against CLIQUE 307, LLC, a Florida Limited Liability Company, d/b/a LIONFISH; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED September 12, 2023.

By: /s/ Gregory S. Sconzo
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: /s/ Joseph R. Ruiz
JOSEPH R. RUIZ, ESQ.
Florida Bar No. 65732
ZUMPANO CASTRO, LLC
Counsel for Defendants
500 South Dixie Highway, Suite 302
Coral Gables, Florida 33146
Telephone: (305) 503-2990
Email: Joseph.Ruiz@ZumpanoCastro.com
Email: Nikki.Marrero@ZumpanoCastro.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**